# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149551

SHAND LAW PLLC,
        Plaintiff-Appellee,

v

                              SC: 149551
                              COA: 319697
                              Washtenaw CC: 13-000699-AV

MIN DONG,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the May 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        MARKMAN, J. (*concurring*).

        I concur in the majority's order denying leave to appeal. I write separately only to observe that when an attorney's representation under a contingency-fee agreement is terminated before completion of the contracted-for services, "the attorney is entitled to compensation for the reasonable value of his services on the basis of quantum meruit, and not on the basis of the contract, provided that his discharge was wrongful or his withdrawal was for good cause." *Plunkett & Cooney, PC v Capitol Bancorp, Ltd*, 212 Mich App 325, 329-330 (1995). Notwithstanding what I view as the trial court's misapplication of this rule, the practical consequences here are slight and further proceedings would require an expenditure of judicial resources that is difficult to justify.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2014



d1028

                        Clerk